UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 13-204 |
| ANTHONY BADALAMENTI | SECTION: "B"(1) |

## ORDER

Due to my spouse's financial interest in Halliburton Company, our son's prior employment with that entity as an engineer, and his own current financial interest in Halliburton Company, we disclose the foregoing to all parties as done previously in other related litigation. Consistent also with a prior blind recusal in a related criminal action, I hereby recuse myself pursuant to 28 U.S.C. §455 and Canon 3-C(1) of the Code of Judicial Conduct. Accordingly,

**IT IS ORDERED** that the above case be **REALLOTTED** to another section of the court for handling.

New Orleans, Louisiana, this 19th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

SEP 1 9 2013
**REALLOTTED TO**
**SECT. A**